UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLIFTON D. HARPER, SR.                    CIVIL ACTION

VERSUS                                    NO: 11-970 c/w 11-
                                          1998, & 11-2654

TYRONE E. WRIGHT, ET AL.                  SECTION: "A" (4)


ORDER
[REF: 11-1998]


Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion.  No memoranda in opposition to Defendants' **Motion for Summary Judgment (Rec. Doc. 127)**, submitted for consideration on September 12, 2012, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,[1]

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 127)** filed by defendants Lafayette Insurance Co., United Fire and Casualty Co., and Tangipahoa Parish Council is **GRANTED**.  Plaintiff

---

[1] The basis of this motion is that Wright has sued the incorrect defendants after having been informed of the identities of the correct defendants yet has declined to move to correct the record.  Tangipahoa Parish Council did not employ defendant Clifton Harper and the two insurers did not issue the policy that covers the accident involved in this case.

1

Tyrone Wright's claims are **DISMISSED** as to these defendants.

September 17, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2