UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLIFTON D. HARPER, SR.                    CIVIL ACTION

VERSUS                                    NO: 11-970 c/w 11-
                                          1998, & 11-2654

TYRONE E. WRIGHT, ET AL.                  SECTION: "A" (4)


### ORDER DISMISSING MOTIONS AS MOOT
**[REF: 11-970 & 11-2654]**

In light of the compromise reached in Civil Actions 11-970 and 11-2654,

Accordingly;

**IT IS ORDERED** that the following motions are **DENIED AS MOOT**: **Motion for Appeal/Review (Rec. Doc. 140), Motion in Limine re: Dr. Cook (Rec. Doc. 163), Motion to Exclude Witness and Exhibits of LUBA Casualty (Rec. Doc. 169),** and **Motion to Quash (Rec. Doc. 156).**

September 17, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1